CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
NOV - 8 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRADLEY MAXWELL,<br>Plaintiff, | Civil Action No. 7:12-cv-00477 |
| v. | **ORDER** |
| HAROLD CLARKE, et al.,<br>Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a temporary restraining order is **DENIED**.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 8th day of November, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge