CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUN 13 2013
JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRADLEY MAXWELL, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:12cv00477 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD CLARKE, et al., | ) | By: Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that defendants' motion for summary judgment is **GRANTED** and the action is hereby stricken from the active docket of the court. Plaintiff's motion for reconsideration of this court's order entered November 8, 2012 is **DENIED** as moot.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and to counsel of record for the defendants.

ENTER: This 13th day of June, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge